UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

  v.

JERRY BROWN, et al.,

    Defendants.

No. 2:17-cv-1534 JAM DB P

ORDER

By an order issued July 11, 2019, plaintiff's application to proceed in forma pauperis was denied, and he was ordered to pay the administrative filing fee prior to proceeding with this action. See ECF No. 8. It had been previously determined that plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). See ECF Nos. 7, 8.

At the time plaintiff's in forma pauperis application was denied, he was given fourteen days within which to pay the filing fee, and he was cautioned that failure to do so would result in a dismissal of this action. See ECF No. 8 at 2. The fourteen-day period has now expired, and plaintiff has neither responded to the court's order nor paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action be DISMISSED.

DATED: August 8, 2019

          /s/ John A. Mendez

          UNITED STATES DISTRICT COURT JUDGE

1